USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD MILLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SANOFI CONSUMER HEALTHCARE, and CHATTEM, INC., <br><br> Defendants. | Case No. 1:22-cv-00574-LLS |

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Todd Miller ("the plaintiff") voluntarily dismisses his claims against Sanofi Consumer Healthcare without prejudice. Plaintiff has conferred with counsel for Defendant Chattem, Inc. ("Chattem") who consents and stipulates to this dismissal. Plaintiff has not served "Sanofi Consumer Healthcare" with the Complaint, and counsel for Defendant Chattem previously informed the plaintiff's counsel that "Sanofi Consumer Healthcare" is not a legal entity.

Dated: April 6, 2022

**REESE LLP**

*/s/ Michael R. Reese*

Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
mreese@reesellp.com
(212) 643-0500

**DLA PIPER LLP (US)**

*/s/ Keara M. Gordon*

Keara M. Gordon
Thomas J. Alford
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
keara.gordon@us.dlapiper.com
thomas.alford@us.dlapiper.com

*Counsel for Defendant Chattem, Inc.*

So Ordered
Louis L. Stanton
4/13/22

**REESE LLP**
Charles D. Moore
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
(701) 390-7214

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer
85 Civic Center, Suite 200
Poughkeepsie, New York 12601
(845) 483-7100

Counsel for Plaintiff