UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TODD MILLER, individually and on behalf of all
others similarly situated,

                    Plaintiffs,

    -against-

SANOFI CONSUMER HEALTHCARE and
CHATTEM, INC.,
                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/23

22 CIVIL 0574 (LLS)

**JUDGMENT**

Whereas on April 13, 2022, plaintiff having voluntarily dismissed defendant Sanofi Consumer Healthcare without prejudice. The remaining defendant, Chattem, Inc. having moved to dismiss the complaint, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court on January 5, 2023 having rendered its Opinion & Order granting the motion to dismiss with leave to amend the complaint, it is,

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Opinion & Order dated January 5, 2023, the motion to dismiss is granted. Accordingly, the case is closed.

**DATED:** New York, New York
            April 5, 2023

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                             **BY:**

                                                     **Deputy Clerk**